IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| DONALD FREEMAN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO.:3:08-cv-00104-WKW |
| | ) | |
| TERRY RAY MITCHELL., et al., | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' CONFLICT DISCLOSURE STATEMENT

COMES NOW, the defendants **TERRY RAY MITCHELL** and **JANICE MITCHELL d/b/a MITCHELL ENTERPRISE** and makes the following Conflict Disclosure Statement:

Janice Mitchell d/b/a Mitchell Enterprise and Terry Ray Mitchell are both individuals. The defendants certify that there are no other reportable relationships.

Respectfully Submitted,

/s/ K. Donald Simms
K. Donald Simms (ASB-9801-M63K)
Counsel for Defendants,
Terry Ray Mitchell and Janice Mitchell
d/b/a Mitchell Enterprise

OF COUNSEL:

WHITAKER, MUDD, SIMMS, LUKE & WELLS, LLC
2001 Park Place North
400 Park Place Tower
Birmingham, Alabama 35203
(205) 639-5300
(205) 639-5350   Fax
ksimms@wmslawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing pleading on counsel as follows via United States Mail, first-class postage pre-paid and properly addressed, on this the 25th day of February, 2008.

ATTORNEYS OF RECORD:

Stephen J. Hodges
4865 Spring Ridge Drive
Columbus, Ga 31909
(706) 323-6461
(706) 571-0765   fax
steve@philips-branch.com

J. Benjamin Burns
J. Benjamin Burns, P.C.
818 Broadway
Columbus, Ga 31902
(706) 322-3414
(706) 322-3123   fax
jbenjaminburns@aol.com

/s/ K. Donald Simms
OF COUNSEL