IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DONALD FREEMAN, )<br>)<br>Plaintiff, )<br>) Civil Action<br>)<br>vs. ) File No. 3:08 cv 104<br>)<br>TERRY RAY MITCHELL, et al., )<br>)<br>Defendants. ) | |

## PLAINTIFF'S MOTION TO REMAND

COMES NOW Plaintiff, Donald Freeman, and moves this Court pursuant to 28 U.S.C. § 1447(c) to remand this case to Russell County Circuit Court, the Court from which it was improperly removed. In support thereof, Plaintiff requests and shows this Court as follows:

1.

On January 17, 2008, Plaintiff filed this civil action against Defendants Terry Ray Mitchell and Janice Mitchell, d/b/a Mitchell Enterprise, who were both Georgia residents on that date. The case was filed in the Circuit Court of Russell County, State of Alabama, Civil Action File No. CV-08-024.

2.

On February 11, 2008, Defendants filed their Notice of Removal pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441. Prior to filing their Notice of Removal, Defendants were informed Plaintiff was a resident of Georgia.

3.

On January 17, 2008, the date of the filing of this action in the Circuit Court of Russell County, Alabama, Plaintiff shows he was a resident of the State of Georgia, and had been since September 2007. (See Affidavit of Donald Freeman, attached hereto as Exhibit "A").

4.

On said date of filing, Defendant Terry Mitchell was a resident of Georgia, and Defendant Janice Mitchell, d/b/a Mitchell Enterprise, was also an individual and/or a Georgia corporation with her principal residence and place of business in Georgia. (See Paragraph 1 of Defendant Terry Ray Mitchell's Answer to Complaint, Pacer doc 3, and Paragraph 2 of Defendant Janice Mitchell, d/b/a Mitchell Enterprise's Answer to Complaint, Pacer doc 2). Therefore, as of the date this action was filed, both Defendants and Plaintiff resided in Georgia, thus destroying diversity of citizenship in this case.

5.

Plaintiff respectfully moves this Court to remand this case back to Russell County Circuit Court, and requests payment of costs pursuant to 28 U.S.C. § 1447(c).

6.

Plaintiff's Motion is supported by his Affidavit, Memorandum of Law, the pleadings filed of record, and the exhibits attached thereto.

WHEREFORE, Plaintiff respectfully requests that this Court to grant his Motion to Remand with all costs taxed against the Defendant.

This 5th day of March, 2008.

Respectfully submitted,

/s/ Stephen J. Hodges
PHILIPS BRANCH
Alabama Bar No. ASB-5871-T36H
Attorney for Plaintiff

1415 Wynnton Road
P. O. Box 2808
Columbus, GA  31906
(706) 323-6461

/s/ J. Benjamin Burns
J. BENJAMIN BURNS, P.C.
Georgia Bar No. 096525
Attorney for Plaintiff

818 Broadway
P. O. Box 1573
Columbus, GA  31902
(706) 322-3414

**CERTIFICATE OF SERVICE**

This is to certify that I have this date served the foregoing Plaintiff's Motion to Remand by electronic filing and/or by depositing a copy in the United States Mail, with adequate postage affixed, and addressed as follows:

K. Donald Simms, Esq.
James M. Strong, Esq.
*Whitaker, Mudd, Simms, Luke & Wells, LLC*
2001 Park Place North
Suite 400
Birmingham, Alabama 35203
ksimms@wmslawfirm.com
jstrong@wmslawfirm.com

This _5_ day of March, 2008.

*/s/ Stephen J. Hodges*
PHILIPS BRANCH
Alabama Bar No. ASB-5871-T36H
Attorney for Plaintiff

1415 Wynnton Road
P. O. Box 2808
Columbus, GA  31906
(706) 323-6461

4

STATE OF GEORGIA

COUNTY OF MUSCOGEE

# AFFIDAVIT OF DONALD FREEMAN

Personally appeared before the undersigned officer, duly authorized by law to administer oaths, Donald Freeman, who after being duly sworn deposes and states that he has personal knowledge of the following facts and they are true and correct:

1.

My name is Donald Freeman. I am of legal age, suffer from no legal disabilities and I am competent to testify regarding the matters set forth herein.

2.

I hereby certify that the statements made in this Affidavit are based on my personal knowledge. I execute this Affidavit freely and voluntarily.

3.

I am a resident of the State of Georgia and have been since August 2007. My initial address was 912 31st Street, Apartment D, Columbus, Georgia 31904. I currently reside at 1415½ Gordon Court, Apartment A, Columbus, Georgia 31906. My vehicle is registered in the State of Georgia, and has been since September 20, 2007. I currently hold a valid Georgia Drivers License, and have done so since September 14, 2007. A copy of each document is attached hereto as Exhibit A-1 and Exhibit A-2 respectively.


PLAINTIFF'S EXHIBIT A

4.

My lawsuit against Defendants Terry Mitchell and Janice Mitchell, d/b/a Mitchell Enterprise was filed in the Circuit Court of Russell County on the 17th day of January, 2008. I was a resident of the State of Georgia on that date.

FURTHER AFFIANT SAYETH NOT.

_____
Donald Freeman

Sworn to and subscribed before me, this
the 5th day of March, 2008.

_____
Notary Public, Muscogee County, GA.

My Commission Expires:_____



## STATE OF GEORGIA
## MOTOR VEHICLE REGISTRATION

2FTRX17W14CA92883 - 2004 FORD F-150        TK

| | | | |
|---|---|---|---|
| Tag Number: | AVP0764 | Expires: | 05/06/2008 |
| Valuation: | 105054 | Tag Fee: | 20.00 |
| Title Number: | 1748020726390004 | Equip. No: | |
| County: 004 | District: 01 | Fuel: | G |
| Farm Vehicle? N | GVW: | Color: | BLU |
| Classification: | PASSENGER CAR/LIGHT TRUCKS | | |
| Insurance Status: | VALID INSURANCE COVERAGE | | |
| Customer 1 No: | 0000548/6432 | Customer 2 No: | |

DONALD E FREEMAN
912 31ST ST APT D
COLUMBUS GA 31904-7791

Signature: _Donald E Freeman_


PLAINTIFF'S EXHIBIT
A-1



# GEORGIA MOTOR VEHICLE DIVISION
## *TITLE AND TAG HISTORY*

```
                                                                    Page 3 OF 3
                                                    02/21/08   15:03:44    $004VLV
```

```
TITLE NBR:  776600072752004    STATUS:  CURRENT TITLE, NOT HELD
    Purchase Date:  03/25/2006    Print Date:  10/05/2007    Lease:  NO       Title Microfilm Nbr:  DM:178523070
    Nbr of Owners:     1      1st. OWNER: DONALD E FREEMAN
                              912 31ST ST APT D COLUMBUS GA 31904-7791

    AVP0764   2004 AA - PASSENGER CAR/LIGHT TRUCKS   Iss: 09/20/2007  Exp: 05/06/2008  Status: 09/20/2007  ACTIVE
Microfilm Nbr:

TITLE NBR:  174802072639004    STATUS:  CONTROL NUMBER CANCELLED
    Purchase Date:  10/02/2007    Print Date:  09/20/2007    Lease:  NO       Title Microfilm Nbr:
    Nbr of Owners:     1      1st. OWNER: DONALD E FREEMAN
                              912 31ST ST APT D COLUMBUS GA 31904-7791

    AVP0764   2004 AA - PASSENGER CAR/LIGHT TRUCKS   Iss: 09/20/2007  Exp: 05/06/2008  Status: 09/20/2007  ACTIVE
Microfilm Nbr:

TITLE NBR:  774341041848004    STATUS:  CANCELLED TO ANOTHER STATE - AL
    Purchase Date:  06/24/2004    Print Date:  07/07/2004    Lease:  NO       Title Microfilm Nbr:  R25637F1125
    Nbr of Owners:     1      1st. OWNER: EDWARD JOHN KELLER
                              1215 VESPER DR COLUMBUS GA 31904-1550

    BQ630M    2004 BW - BOBWHITE QUAIL              Iss: 11/15/2005  Exp: 11/16/2006  Status: 04/10/2006  TRANSFERRED
Microfilm Nbr:
    BQ630M    2004 BW - BOBWHITE QUAIL              Iss: 10/28/2004  Exp: 11/16/2005  Status: 11/15/2005  RENEWED
Microfilm Nbr:
    EH92F          BW - BOBWHITE QUAIL              Iss: 11/05/2003  Exp: 11/16/2004  Status: 10/28/2004  RENEWED
Microfilm Nbr:
```

- THIS IS FOR INFORMATIONAL PURPOSES ONLY -

