IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DONALD FREEMAN | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CASE NO.3:08-cv-00104-WKW |
| | ) |
| TERRY RAY MITCHELL_____)_____, | |
| | ) |
|     Defendants, | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Donald Freeman, Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[x] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity       Relationship to Party

_____  _____

_____  _____

_____  _____

_____  _____

_____
Date

/s/ *Stephen J. Hodges*
Counsel

  Donald Freeman
Counsel for

  1415 Wynnton Road, Columbus, Georgia
Address, City, State Zip Code

  706-323-6461
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

## CERTIFICATE OF SERVICE

I, Stephen J. Hodges, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail on this 20th day of March, 2008, to:

K. Donald Simms.
James M. Strong, Esq.
Whitaker, Mudd, Simms, Luke & Wells. LLC
Attorneys for Defendant
2001 Park Place North
Suite 400
Birmingham, AL 35203
ksimms@wmslawfirm.com
jstrong@wmslawfirm.com

.

*/s/ Stephen J. Hodges*
STEPHEN J. HODGES
Alabama Bar No. 5871T36H
Attorney for Plaintiff

1415 Wynnton Road
P. O. Box 2808
Columbus, GA  31902
(706) 323-6461