IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DONALD FREEMAN,           ) | |
|                           ) | |
|    Plaintiff,        ) | |
|                           ) | |
| v.                        ) | CASE NO. 3:08-cv-104-WKW |
|                           ) | |
| TERRY RAY MITCHELL, *et al.*,  ) | |
|                           ) | |
|    Defendants.       ) | |

## ORDER

Upon consideration of the parties' Joint Motion to Remand (Doc. # 13), and for good cause shown, it is ORDERED that:

1. The motion (Doc. # 13) is GRANTED; therefore, this case is REMANDED to the Circuit Court of Russell County, Alabama;

2. The plaintiff's motion to remand (Doc. # 7) is DENIED as MOOT;

3. The Clerk is DIRECTED to take appropriate steps to effect the remand.

DONE this 3rd day of April, 2008.

                                          /s/  W. Keith Watkins
                                     UNITED STATES DISTRICT JUDGE